**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

WILLIAM C. MILLER,

    Plaintiff,

vs.    CASE NO:

THE TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT,

    Defendant.

_____ /

## THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT'S NOTICE OF REMOVAL

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT ("Travelers"), pursuant to 28 U.S.C. § 1441, files its Notice of Removal of the action from the Circuit Court of the Twentieth Judicial Circuit for Lee County, Florida, bearing Case No. 15-CA-002099, to the United States District Court for the Middle District of Florida, and in support states:

### BACKGROUND

1.    WILLIAM C. MILLER ("Miller") filed suit against Travelers on August 14, 2015, and then served Travelers on August 19, 2015.

2.    Miller was a passenger in a rental vehicle in the U.S. territory of Puerto Rico when he was involved in an accident. Miller made a claim for Underinsured Motorists coverage ("UIM") under his employer's policy with Travelers. Travelers denied his claim because Miller does not qualify as an "insured" for UIM coverage for this accident.

3.    Miller seeks a judicial declaration that he is entitled to UIM benefits under the Travelers policy, and also seeks attorney's fees and damages under § 155 of the Illinois Insurance Code, as well as costs.

## THIS COURT HAS JURISDICTION AND REMOVAL IS APPROPRIATE

4. The state court action should be removed to this Court under 28 U.S.C. § 1441(a). More specifically, (i) this action is a civil action pending within the jurisdiction of the United States District Court for the Middle District of Florida; (ii) this action is between citizens of different states; (iii) the amount in controversy exceeds $75,000 exclusive of interest and costs; and (iv) this Notice is timely.

5. The complaint together with its exhibits, *Solis-Ramirez v. DOJ*, 758 F.2d 1426, 1430 (11th Cir. 1985), establish that this Court has subject matter jurisdiction.

6. *Total diversity of citizenship.* At the time this action was filed, Miller was and is a citizen of the state of Florida and is domiciled in Lee County, Florida. (Compl., ¶2.)

7. Travelers was and is a corporation under the laws of the state of Connecticut with its principal place of business in Connecticut. (Compl., ¶3.) Accordingly, Travelers is a citizen of Connecticut.

8. *Amount in controversy satisfied.* Miller claims he is entitled to UIM benefits under the Travelers policy issued to his employer, which has a UIM limit of $1,000,000. (Compl., Ex. C.) Miller's demand to Travelers, which is attached as an exhibit and is fully incorporated into his complaint, alleges that his damages exceed Travelers's $1,000,000 UIM limits. (*Id*.) Miller also specifically alleges that he incurred over $66,000 in medical expenses, and that he lost the ability to perform his job where he was earning approximately $200,000 a year. (Compl., ¶¶14-15.) Additionally, Miller seeks attorney's fees and damages for litigating the coverage dispute under 215 ILCS 5/155. (Compl., *ad damnum* clause.) Plainly, these allegations establish that the amount in controversy exceeds $75,000, exclusive of interest and costs.

15108134v1 2405

9. ***Notice is timely.*** Travelers was served on August 19, 2015. This Notice is consequently filed within 30 days of Travelers's receipt of the initial pleading and within one year of commencement of the action.

10. ***Travelers is entitled to removal.*** Because the parties are citizens of different states, and because the amount in controversy is in excess of $75,000, exclusive of interest, attorney's fees and costs, this action is removable to this Court under 28 U.S.C. § 1441.

11. As required by 28 U.S.C. § 1446 (a), a copy of all process, pleadings and orders served in this action as of the date of this Notice are attached as composite Exhibit "A."

12. A copy of this Notice will be promptly filed with the Clerk of the Circuit Court of the Sixth Judicial Circuit in Lee County, Florida, and served on all interested parties.

WHEREFORE, Travelers removes the captioned action from the Twentieth Judicial Circuit Court in and for Lee County, Florida, and requests that further proceedings be conducted in this Court as provided by law.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

/s/JOHN J. CAVO
**SINA BAHADORAN**
Florida Bar No. 523364
sbahadoran@hinshawlaw.com
**JOHN J. CAVO**
Florida Bar No. 0462764
jcavo@hinshawlaw.com
2525 Ponce de Leon Boulevard
4th Floor
Miami, Florida 33134
Telephone: (305) 358-7747
Facsimile: (305) 577-1063

15108134v1 2405

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 2, 2015, I e-filed this document using the CM/ECF system. I further certify that I am not aware of any non-CM/ECF participants. A copy was also sent via certified mail to Dennis L. Webb, Esquire, at Webb & Scarmozzino, P.A., 2121 W. First Street, Second Floor, Ft. Myers, Florida 33901.

/s/JOHN J. CAVO
**JOHN J. CAVO**
